ARNOLD & PORTER LLP
Paul Alexander (C.S.B. #49997)
Amy Bomse (C.S.B. #218669)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2921
Fax:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com
E-Mail:  Amy.Bomse@aporter.com

ARNOLD & PORTER LLP
Andrew Patterson (C.S.B. #267989)
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4118
Fax:  (213) 243-4199
E-Mail:  Andrew.Patterson@aporter.com

CENTRAL CALIFORNIA LEGAL SERVICES, INC.
Chris A. Schneider, Sr. (C.S.B.#123627)
Christina Skaf Hathaway (C.S.B.#258690)
Naureen Nalia (C.S.B.#276426)
Telephone: (559) 570-1214
E-Mail: chris@centralcallegal.org
E-Mail: chathaway@centralcallegal.org
E-Mail: nnalia@centralcallegal.org

Attorneys for Plaintiff Douglas Hicks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Douglas Hicks,<br><br>             Plaintiff,<br><br>      vs.<br><br>City of Fresno, Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer, Phillip Weathers, Malcolm Dougherty, and DOES 1-100, inclusive,<br><br>             Defendants. | Case No.<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE [LOCAL RULE 123]** |

Pursuant to Local Rule 123, Plaintiff, by and through his attorneys, hereby provides notice of related coordinated cases currently pending in the Eastern District of California.  This case is related to the lead coordinated case of *Sanchez v. City of Fresno, et al.*, Case No. 1:12-cv-00428-

1  LJO-SKO, and all cases coordinated under *Sanchez*. This case involves similar questions of law
2  and fact and would entail substantial duplication of labor if heard by different judges.
3      Plaintiff's complaint asserts he is a homeless resident of Fresno and defendants destroyed
4  his property in violation of his legal and constitutional rights, as in the cases coordinated under
5  *Sanchez*. Thus, Plaintiff's case involves similar questions of law and fact to the coordinated
6  *Sanchez* cases, and would entail substantial duplication of labor if heard by different judges.
7      Based on the foregoing, Plaintiff respectfully submits that the present action qualifies as a
8  related case.

Dated: July 16, 2012                          ARNOLD & PORTER

By: /s/ Paul Alexander
Paul Alexander (C.S.B. #49997)
Amy Bomse (C.S.B. #218669)
Andrew Patterson (C.S.B. #267989)
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-411
Fax: (213) 243-419
E-Mail: Paul.Alexander@aporter.com
E-Mail: Amy.Bomse@aporter.com
E-Mail: Andrew.Patterson@aporter.com

Attorneys for Plaintiff Douglas Hicks