1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  DOUGLAS HICKS,                                    CASE NO. 1:12-cv-01166-LJO-SKO

12                                                    RELATED CASE: 1:12-cv-428-LJO-SKO
                        Plaintiff,
13                                                    **ORDER GRANTING PLAINTIFF'S
                                                      MOTION TO PROCEED IN FORMA
14      v.                                            PAUPERIS**

15

16  CITY OF FRESNO et al.,                            (Docket No. 2)

17
                        Defendants.
18
                                              /
19

20      Plaintiff Douglas Hicks filed a complaint on July 16, 2012, along with an application to

21  proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)  Plaintiff's applications

22  demonstrate entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY

23  ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

24  IT IS SO ORDERED.

25  **Dated:    July 18, 2012**                        **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE
26

27

28